IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARIA AGUIRRE** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:18-cv-1859** |
| | § | |
| **PLAZAMERICAS MALL TEXAS, LLC** | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATE DISTRICT JUDGE:

    Please take notice that Plaintiff and Defendant have reached a full and final settlement in connection with this case.

Respectfully submitted,

**CRIM & VILLALPANDO, P.C.**

/s/: *Wade D. Moriarty*

Wade D. Moriarty
Texas Bar No. 00789503
Southern District No. 19666
4900 Travis St.
Houston, Texas 77002
(713)-807-7800 Telephone
(713)-807-8434 Facsimile
Wade@CVinjurylawyers.com

**ATTORNEY FOR PLAINTIFF
MARIA AGUIRRE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed this document with the United States Federal Court for the Southern District of Texas and that, either through the electronic filing system, mail, or by facsimile, a copy of the foregoing document was served on all parties in interest pursuant to the Federal Rules of Civil Procedure and local rules on this the 9th day of April, 2019.

**Counsel for Defendant (*via CM/ECF*)**
**DAVID S. TOY**
**Email: dtoy@spaglaw.com**

**ERIC J. RHINE**
**Email: erhine@spaglaw.com**

/s/: *Wade D. Moriarty*

Wade D. Moriarty